UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MASULIT<br><br>            Plaintiff,<br><br>      v.<br><br>BAYOR CORP., an Indiana corporation, et al.,<br><br>            Defendants. | No.  1:16-cv-01175-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 6) |

On October 17, 2016, plaintiff filed a notice of voluntary dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 6.)  Defendants have not filed a responsive pleading in this action.  In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the undersigned directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  **October 18, 2016**

_____
UNITED STATES DISTRICT JUDGE

1